**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TERRY G. SLADE | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  10-6756 |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | |

**ORDER**

AND NOW, this 23  day of March, 2012, upon consideration of the brief in support of request for review filed by plaintiff (Doc. No. 11) and defendant's response and plaintiff's reply thereto (Doc. Nos. 14 & 15), and having found after careful and independent consideration of the record that the ALJ committed legal error, I conclude that the action must be remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).  Therefore, for the reasons set forth in the memorandum above, I hereby **ORDER** that:

1.   **JUDGMENT IS ENTERED IN FAVOR OF THE PLAINTIFF, REVERSING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** for the purposes of this remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED** for further proceedings consistent with this adjudication; and

2.   The Clerk of Court is hereby directed to mark this case closed.

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.